# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **EDUARDO AGUIRRE-ESPARZA,**<br><br>***Petitioner*,**<br><br>**v.**<br><br>**CHRISTOPHER MCGREGOR, FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MARY DE ANDA-YBARRA, ASSISTANT FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN, SECRETARY OF HOMELAND SECURITY; AND TODD BLANCHE, ATTORNEY GENERAL OF THE UNITED STATES,**<br><br>***Respondents*.** | § § § § § § § § § § § § § § § § § § § § § § § § | **No. 3:26-CV-02339-LS** |

**<u>ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE</u>**

The parties have notified the Court that they stipulate to the dismissal of this action with prejudice, because Petitioner is no longer in custody and has departed the United States.[1] The Court therefore **DENIES** the petition for writ of habeas corpus and **DISMISSES** this case as moot.

[1] ECF No. 2.

**SO ORDERED**.

**SIGNED** and **ENTERED** on November 19, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**